**Affirm and Opinion Filed November 27, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00689-CR

**PAUL BLAGBURN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12CL-1571-2**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice Myers

Paul Blagburn was convicted of assault involving bodily injury. The trial court assessed punishment at six months in jail and a $2,500 fine. We adopted the trial court's finding that appellant no longer desires to pursue the appeal and ordered the appeal submitted without briefs. *See* TEX. R. APP. P. 38.8(b)(4). Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130689F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PAUL BLAGBURN, Appellant

No. 05-13-00689-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Kaufman County, Texas
Trial Court Cause No. 12CL-1571-2.
Opinion delivered by Justice Myers, Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 27th day of November, 2013.

/Lana Myers/

LANA MYERS
JUSTICE